# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 13-183V
**Filed: June 4, 2019**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ROBERT RUPPENTHAL, *Conservator of*   \*      UNPUBLISHED
*the Estate of* D.V.M.*, a minor child*,     \*

                            \*      Case No. 13-183V

      Petitioner,              \*

                            \*      Chief Special Master Dorsey

v.                             \*

                            \*      Damages Award; Proffer; Diphtheria-

SECRETARY OF HEALTH         \*      Tetanus-acellular Pertussis ("DTaP")

AND HUMAN SERVICES,        \*      Vaccine; Encephalopathy; Table Injury.

                            \*

      Respondent.            \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Howard S. Gold, Gold Law Firm, LLC, Wellesley Hills, MA, for petitioner.
Linda S. Renzi, United States Department of Justice, Washington, DC, for respondent.

### DECISION AWARDING DAMAGES[1]

On March 11, 2013, Haytor Vega and Lucia Martinez filed a petition for compensation under the National Vaccine Injury Compensation Program ("the Program")[2] on behalf of their minor son, D.V.M.[3] Mr. Vega and Ms. Martinez alleged that the D.V.M. suffered an acute encephalopathy within seventy-two hours of receiving a diphtheria-tetanus-acellular pertussis

---

[1] Because this Decision contains a reasoned explanation for the action in this case, the undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the Internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] The Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. § 300aa.

[3] On August 27, 2018, Robert Ruppenthal was appointed conservator of D.V.M.'s estate. See Petitioner's Exhibit 39. Mr. Ruppenthal subsequently became the petitioner in this matter. See Order dated Sept. 24, 2018 (ECF No. 110).

("DTaP") vaccine on March 12, 2010. Petition at 1, 4-5. On April 21, 2017, the undersigned issued a decision finding that petitioner was entitled to compensation.

On November 29, 2018, respondent filed a Proffer on Award of Compensation ("Proffer").[4] In the Proffer, respondent represented that petitioner agrees with the proffered award. Proffer at 1-2. Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, the undersigned awards petitioner:

(1) **A lump sum payment of $250,000.00, representing compensation for pain and suffering in the form of a check made payable to petitioner.**

(2) **A lump sum payment in the amount of $168,506.00, representing compensation for life care plan expenses for the first year and partial expenses for 2051, in the form of a check payable to Counsel Trust Company for the benefit of the D.V.M. Reversionary Trust.**

(3) **A lump sum payment of $48,741.08, representing compensation for the past State of Georgia Medicaid lien, made payable to the Georgia Department of Community Health, 900 Circle 75 Parkway SE, Suite 650, Atlanta, GA 30339, ATTN: Yvette Dimmons.[5]**

(4) **An amount sufficient to purchase the annuity contract described in section II.D of the Proffer.**

(5) **An amount sufficient to purchase the annuity contract described in section II.E of the Proffer.**

Proffer at 3-5.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of the Court **SHALL ENTER JUDGMENT** herewith.[6]

---

[4] A decision was entered awarding compensation to petitioner based on respondent's Proffer on November 30, 2018, and judgment was entered on December 17, 2018. The parties later filed a joint motion to vacate the judgment, seeking to amend the form of the award. Joint Mot. dated May 16, 2019 (ECF No. 121). The undersigned granted the motion, withdrew the original decision, and vacated the judgment. Order dated May 31, 2019 (ECF No. 122).

[5] In the Proffer, the parties agreed that this check should be made payable jointly to petitioner and the Georgia Department of Community Health. Proffer at 3. In their joint motion, however, the parties requested that this part of the award instead be made payable to the Georgia Department of Community Health alone. Joint Mot. at 2.

[6] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.

**IT IS SO ORDERED.**

s/Nora Beth Dorsey
Nora Beth Dorsey
Chief Special Master

D.O.B. 01/12/2010

DATE: 11/08/18
TIME: 09:42 PM

## SUMMARY OF LIFE CARE ITEMS - RESPONDENT'S LIFE CARE PLAN dated October 11, 2017

| ITEM OF CARE | | Insurance | Medical Care | Ancillary Services | Medications | Supplies | Home Services | TOTALS of Items with a 6.0% Growth Rate | TOTALS of Items with a 4.0% Growth Rate | TOTALS OF 4.0% & 6.0% ITEMS & APPLYING THE GROWTH RATE |
|---|---|---|---|---|---|---|---|---|---|---|
| GROWTH RATE | | 6.0% | 6.0% | 4.0% | 4.0% | 4.0% | 4.0% | | | |
| AGE | YEAR | | | | | | | | | |
| 8 | 2018 | 7,166.00 | 0.00 | 5,775.00 | 281.76 | 2,543.19 | 27,740.00 | 7,166 | 36,340 | 43,506 |
| 9 | 2019 | 7,166.00 | 0.00 | 5,676.00 | 281.76 | 1,246.38 | 27,740.00 | 7,166 | 34,944 | 43,938 |
| 10 | 2020 | 7,166.00 | 0.00 | 5,676.00 | 281.76 | 1,246.38 | 27,740.00 | 7,166 | 34,944 | 45,847 |
| 11 | 2021 | 7,166.00 | 0.00 | 5,676.00 | 281.76 | 1,246.38 | 27,740.00 | 7,166 | 34,944 | 47,842 |
| 12 | 2022 | 7,166.00 | 0.00 | 5,676.00 | 281.76 | 1,246.38 | 27,740.00 | 7,166 | 34,944 | 49,927 |
| 13 | 2023 | 7,166.00 | 0.00 | 5,676.00 | 281.76 | 1,246.38 | 27,740.00 | 7,166 | 34,944 | 52,105 |
| 14 | 2024 | 7,166.00 | 0.00 | 5,676.00 | 281.76 | 1,246.38 | 27,740.00 | 7,166 | 34,944 | 54,381 |
| 15 | 2025 | 7,166.00 | 0.00 | 5,676.00 | 281.76 | 1,246.38 | 27,740.00 | 7,166 | 34,944 | 56,759 |
| 16 | 2026 | 7,166.00 | 0.00 | 5,676.00 | 281.76 | 1,246.38 | 27,740.00 | 7,166 | 34,944 | 59,245 |
| 17 | 2027 | 7,166.00 | 0.00 | 5,676.00 | 281.76 | 1,246.38 | 27,740.00 | 7,166 | 34,944 | 61,843 |
| 18 | 2028 | 7,166.00 | 0.00 | 5,676.00 | 281.76 | 1,246.38 | 27,740.00 | 7,166 | 34,944 | 64,559 |
| 19 | 2029 | 7,166.00 | 0.00 | 5,676.00 | 281.76 | 1,246.38 | 27,740.00 | 7,166 | 34,944 | 67,398 |
| 20 | 2030 | 7,166.00 | 0.00 | 5,676.00 | 281.76 | 1,246.38 | 27,740.00 | 7,166 | 34,944 | 70,366 |
| 21 | 2031 | 7,166.00 | 0.00 | 5,676.00 | 281.76 | 1,246.38 | 27,740.00 | 7,166 | 34,944 | 73,469 |
| 22 | 2032 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 124,489 |
| 23 | 2033 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 129,620 |
| 24 | 2034 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 134,965 |
| 25 | 2035 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 140,534 |
| 26 | 2036 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 146,335 |
| 27 | 2037 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 152,380 |
| 28 | 2038 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 158,678 |
| 29 | 2039 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 165,240 |
| 30 | 2040 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 172,077 |
| 31 | 2041 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 179,201 |
| 32 | 2042 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 186,625 |
| 33 | 2043 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 194,361 |
| 34 | 2044 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 202,423 |
| 35 | 2045 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 210,824 |
| 36 | 2046 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 219,580 |
| 37 | 2047 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 228,706 |
| 38 | 2048 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 238,217 |
| 39 | 2049 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,236.21 | 66,000.00 | 3,348 | 67,518 | 248,130 |
| 40 | 2050 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,415.21 | 66,000.00 | 3,348 | 67,697 | 259,091 |

D.O.B. 01/12/2010

DATE: 11/08/18
TIME: 09:42 PM

## SUMMARY OF LIFE CARE ITEMS - RESPONDENT'S LIFE CARE PLAN dated October 11, 2017

| ITEM OF CARE | | Insurance | Medical Care | Ancillary Services | Medications | Supplies | Home Services | TOTALS of Items with a 6.0% Growth Rate | TOTALS of Items with a 4.0% Growth Rate | TOTALS OF 4.0% & 6.0% ITEMS & APPLYING THE GROWTH RATE |
|---|---|---|---|---|---|---|---|---|---|---|
| GROWTH RATE | | 6.0% | 6.0% | 4.0% | 4.0% | 4.0% | 4.0% | | | |
| AGE | YEAR | | | | | | | | | |
| 41 | 2051 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 269,364 |
| 42 | 2052 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 280,597 |
| 43 | 2053 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 292,306 |
| 44 | 2054 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 304,513 |
| 45 | 2055 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 317,239 |
| 46 | 2056 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 330,507 |
| 47 | 2057 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 344,340 |
| 48 | 2058 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 358,764 |
| 49 | 2059 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 373,803 |
| 50 | 2060 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 389,485 |
| 51 | 2061 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 405,838 |
| 52 | 2062 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 422,892 |
| 53 | 2063 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 440,677 |
| 54 | 2064 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 459,226 |
| 55 | 2065 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 478,572 |
| 56 | 2066 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 498,751 |
| 57 | 2067 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 519,798 |
| 58 | 2068 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 541,754 |
| 59 | 2069 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 564,658 |
| 60 | 2070 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 588,551 |
| 61 | 2071 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 613,479 |
| 62 | 2072 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 639,487 |
| 63 | 2073 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 666,624 |
| 64 | 2074 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 694,940 |
| 65 | 2075 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 724,487 |
| 66 | 2076 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 755,321 |
| 67 | 2077 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 787,499 |
| 68 | 2078 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 821,083 |
| 69 | 2079 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 856,135 |
| 70 | 2080 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 892,722 |
| 71 | 2081 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 930,913 |
| 72 | 2082 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 970,780 |
| 73 | 2083 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 1,012,400 |
| 74 | 2084 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 1,055,852 |

D.O.B. 01/12/2010

DATE: 11/08/18
TIME: 09:42 PM

## SUMMARY OF LIFE CARE ITEMS - RESPONDENT'S LIFE CARE PLAN dated October 11, 2017

| ITEM OF CARE | | Insurance | Medical Care | Ancillary Services | Medications | Supplies | Home Services | TOTALS of Items with a 6.0% Growth Rate | TOTALS of Items with a 4.0% Growth Rate | TOTALS OF 4.0% & 6.0% ITEMS & APPLYING THE GROWTH RATE |
|---|---|---|---|---|---|---|---|---|---|---|
| GROWTH RATE | | 6.0% | 6.0% | 4.0% | 4.0% | 4.0% | 4.0% | | | |
| AGE | YEAR | | | | | | | | | |
| 75 | 2085 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 1,101,220 |
| 76 | 2086 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 1,148,590 |
| 77 | 2087 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 1,198,054 |
| 78 | 2088 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 1,249,708 |
| 79 | 2089 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 1,303,652 |
| 80 | 2090 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 1,359,991 |
| 81 | 2091 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 1,418,835 |
| 82 | 2092 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 1,480,300 |
| 83 | 2093 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 1,544,506 |
| 84 | 2094 | 2,316.00 | 1,032.00 | 0.00 | 281.76 | 1,272.01 | 66,000.00 | 3,348 | 67,554 | 1,611,580 |
| | | 246,232 | 65,016 | 79,563 | 21,696 | 98,382 | 4,546,360 | 311,248 | 4,746,000 | 37,302,454 |
| | | 4.87% | 1.29% | 1.57% | 0.43% | 1.95% | 89.90% | | | 100.00% |

This Report was generated using Sequoia Settlement Services, LLC Software (c) 1990

D.O.B. 01/12/2010     Cl. Ct. No. 13-183V

DATE: 11/08/18
TIME: 09:42 PM

## WAGE LOSS ANALYSIS

| AGE | Number of Years | CALENDAR YEAR | Average Gross Weekly Non-Farm Wage (1) | Average Gross Annual Wage | Standard Deduction | Exemption | Taxable Income | Federal Tax | FICA | State Taxes Georgia 2017 | Average Monthly Cost of a Health Insurance Policy (2) | Average Annual Cost of a Health Insurance Policy | TOTALS PERCENTAGE OF WAGE LOSS | TOTALS and Applying the Growth Rate GROWTH RATE | Monthly Amount of Wage Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | LESS: Federal Taxes - 2017 | | | | | | 100.00% | 2.50% | |
| 8 | | 2018 | | | | | | | | | | | | | |
| 9 | | 2019 | | | | | | | | | | | | | |
| 10 | | 2020 | | | | | | | | | | | | | |
| 11 | | 2021 | | | | | | | | | | | | | |
| 12 | | 2022 | | | | | | | | | | | | | |
| 13 | | 2023 | | | | | | | | | | | | | |
| 14 | | 2024 | | | | | | | | | | | | | |
| 15 | | 2025 | | | | | | | | | | | | | |
| 16 | | 2026 | | | | | | | | | | | | | |
| 17 | | 2027 | | | | | | | | | | | | | |
| 18 | 1 | 2028 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 44,094.99 | 3,674.58 |
| 19 | 2 | 2029 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 45,197.37 | 3,766.45 |
| 20 | 3 | 2030 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 46,327.30 | 3,860.61 |
| 21 | 4 | 2031 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 47,485.48 | 3,957.12 |
| 22 | 5 | 2032 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 48,672.62 | 4,056.05 |
| 23 | 6 | 2033 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 49,889.43 | 4,157.45 |
| 24 | 7 | 2034 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 51,136.67 | 4,261.39 |
| 25 | 8 | 2035 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 52,415.09 | 4,367.92 |
| 26 | 9 | 2036 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 53,725.46 | 4,477.12 |
| 27 | 10 | 2037 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 55,068.60 | 4,589.05 |
| 28 | 11 | 2038 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 56,445.32 | 4,703.78 |
| 29 | 12 | 2039 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 57,856.45 | 4,821.37 |
| 30 | 13 | 2040 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 59,302.86 | 4,941.90 |
| 31 | 14 | 2041 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 60,785.43 | 5,065.45 |
| 32 | 15 | 2042 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 62,305.07 | 5,192.09 |
| | | | $1,048.00 | $54,496.00 | 6,350 | 4,050 | 44,096 | 6,758.00 | $4,168.94 | $2,777.00 | 528.76 | $6,345.12 | | | |

SEQUOIA SETTLEMENT SERVICES, LLC
Structured Settlements

D.O.B. 01/12/2010

DATE: 11/08/18
TIME: 09:42 PM

Cl. Ct. No. 13-183V

## WAGE LOSS ANALYSIS

| AGE | Number of Years | CALENDAR YEAR | Average Gross Weekly Non-Farm Wage (1) | Average Gross Annual Wage | LESS: Federal Taxes - 2017 Standard Deduction | Exemption | Taxable Income | Federal Tax | FICA | State Taxes Georgia 2017 | Average Monthly Cost of a Health Insurance Policy (2) | Average Annual Cost of a Health Insurance Policy | TOTALS / PERCENTAGE OF WAGE LOSS | TOTALS Applying the Growth Rate / GROWTH RATE | Monthly Amount of Wage Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | 16 | 2043 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 63,862.69 | 5,321.89 |
| 34 | 17 | 2044 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 65,459.26 | 5,454.94 |
| 35 | 18 | 2045 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 67,095.74 | 5,591.31 |
| 36 | 19 | 2046 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 68,773.14 | 5,731.09 |
| 37 | 20 | 2047 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 70,492.46 | 5,874.37 |
| 38 | 21 | 2048 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 72,254.78 | 6,021.23 |
| 39 | 22 | 2049 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 74,061.15 | 6,171.76 |
| 40 | 23 | 2050 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 75,912.67 | 6,326.06 |
| 41 | 24 | 2051 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 77,810.49 | 6,484.21 |
| 42 | 25 | 2052 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 79,755.75 | 6,646.31 |
| 43 | 26 | 2053 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 81,749.65 | 6,812.47 |
| 44 | 27 | 2054 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 83,793.39 | 6,982.78 |
| 45 | 28 | 2055 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 85,888.22 | 7,157.35 |
| 46 | 29 | 2056 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 88,035.43 | 7,336.29 |
| 47 | 30 | 2057 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 90,236.31 | 7,519.69 |
| 48 | 31 | 2058 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 92,492.22 | 7,707.69 |
| 49 | 32 | 2059 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 94,804.53 | 7,900.38 |
| 50 | 33 | 2060 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 97,174.64 | 8,097.89 |
| 51 | 34 | 2061 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 99,604.01 | 8,300.33 |
| 52 | 35 | 2062 | 1,048.00 | 54,496.00 | 6,350.00 | 4,050.00 | 44,096.00 | 6,758.00 | 4,168.94 | 2,777.00 | 528.76 | 6,345.12 | 34,446.94 | 102,094.11 | 8,507.84 |
| | | | $1,048.00 | $54,496.00 | 6,350 | 4,050 | 44,096 | $6,758.00 | $4,168.94 | $2,777.00 | 528.76 | $6,345.12 | 100.00% | 2.50% | |
| | | | | | | | | | | | | | 1,205,643.00 | 2,422,058.78 | |

Notes:
1. Bureau of Labor Statistics, U.S. Department of Labor, Letter dated February 22, 2018 [Attached as Exhibit 1]
2. In accordance with 42 CFR Sec.100.2, Delivered to the U.S. Court of Federal Claims on October 24, 2017 [Attached as Exhibit 2]

*This Report was generated using Sequoia Settlement Services, LLC Software (c) 1990*